AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

EDWIN TORREZ  A/K/A  COQUI   A/K/A  TIM

**WARRANT FOR ARREST**

CASE NUMBER: 2004 M 0500 RBC-09

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___EDWIN TORREZ  A/K/A  COQUI   A/K/A  TIM___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE HEROIN

in violation of Title __21__ United States Code, Section(s) __846, 841 (a)(1)__

ROBERT B. COLLINGS
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer   at 10.52 pm

10-14-2004   ~~BOSTON, MA~~
Date and Location

North Reading, Massachusetts

Bail fixed at $ _____   by _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.