```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.No. 04-10336-NMG |
| Plaintiff | ) |
| v. | ) |
| JULIO SANTIAGO, et al., | ) |
| Defendant. | ) |

## DEFENDANT'S APPLICATION FOR
## AUTHORIZATION OF NECESSARY SERVICES

Defendant EDWIN TORRES, by and through his attorney of record and pursuant to 18 U.S.C. section 3006A(e)(i) hereby moves this Honorable Court for an Order authorizing the expenditure of funds not to exceed $500.00 for defense counsel to pay the Duplicating Center for copies of all discovery materials made available by the government through the service of the Duplicating Center.

In support thereof, counsel declares, deposes and says that:

Counsel has been appointed by this Honorable Court pursuant to the Criminal Justice Act to represent defendant herein. Defendant is charged with a life felony with a minimum mandatory sentence of ten years.

Counsel understands that Mr. Torres was the subject of videotapes and the subject of wiretaps. There are 16 videotapes available to defense counsel through the Duplicating Center at a cost of $25.00 each. The funds exceeding the $300.00

statutory limit are necessary because of the cost of services provided.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2004 at Boston, Massachusetts.

Date:                               Respectfully submitted,


                                    VICTORIA BONILLA, BBO # 558750
                                    77 Central St., 2nd Floor
                                    Boston, MA 02109
                                    (617) 350-6868
                                    Attorney for Defendant