UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA

v.

SANTIAGO ET AL.

**DEFENDANT'S MOTION TO ENLARGE THE TIME TO FILE THE DISCOVERY LETTERS [ASSENTED]**

Now come the undersigned defendants and move this Honorable Court, pursuant to F.R.A.P. Rule 26 to enlarge the time to file their discovery letters through March 4, 2005. The logistics of filing one letter for all defendants requires some additional time.

The government has assented to this motion. Her time to respond to our letter should be likewise enlarged. All parties agree that this additional time should be excluded, pursuant to the Speedy Trial Act, in the interests of justice.

WHEREFORE, the parties pray that this Court grant the enlargement.

Respectfully submitted,
JOSE TORRADO
By his attorney,

/s/ Lenore Glaser
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220

For the government,

/s/ Denise J. Caspar
Denise J. Caspar, Esq.
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3120

By his attorney,                                By his attorney,
ENRIQUE AGOSTO                                  PEDRO ABLERTO MIRANDA


___/s/ Catherine Byrne___                       ___/s/ John F. Palmer___
Catherine Byrne, Esq.                           John F. Palmer, Esq.
Federal Defender's Office                       24 School Street
408 Atlantic Avenue, 3rd Floor                  8th Floor
Boston, MA 02210                                Boston, MA 02108
(617) 223-8061                                  (617) 723-7010



By his attorney,
CARLOS SANCHEZ


___/s/ Anthony J. Scola___
Anthony J. Scola
47 Harvard Street
Worcester, MA 01608
(508) 755-6314


Dated: February 18, 2005


Attorney John F. Cicilline for Julio Carrion Santiago; Attorney Carl N. Donaldson for Reynaldo Rivera; Attorney Valerie Carter for Jose Rodriguez; Attorney Robert M. Goldstein for Luis F. Sanchez; Attorney Victoria M. Bonilla-Argudo for Edwin Torrez and Attorney Roger Witkin for Zuleima Reyes were contacted but have not yet responded.

**Certificate of Service**

Attorney John D. Hodges, Jr. and Attorney Anthony J. Scola who do not have email were notified telephonically and sent a copy by prepaid first class mail on February 18, 2005.