✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _X_____   Case No. _04-10336-NMG_
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  _2004-M-00500-RBC_____
Search Warrant Case Number  _2004-M-00502-RBC_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _JULIO CARRION SANTIAGO_____    Juvenile  ☐ Yes   ☒ No

Alias Name  _MACHO_____

Address  _264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only):  _1959_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   _John Cicilline, Esq.____    **Address:** _387 Atwells Avenue_____
_Providence, RI 02909_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   **Bar Number if applicable** _568116_____

**Interpreter:**   ☐ Yes  ☒ No      List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:**   _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004_____ in  _Plymouth House of Correction_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  _3_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  APRIL 13, 2005**        **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JULIO CARRION SANTIAGO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3 | 26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____     Category No. _I_____     Investigating Agency  _DEA_____

City  _Lowell/Fitchburg/Leominster___     **Related Case Information:**

County  _MIDDLESEX/WORCESTER__     Superseding Ind./ Inf.  _X_____     Case No.  _04-10336-NMG_
                                    Same Defendant _____     New Defendant _____
                                    Magistrate Judge Case Number  _2004-M-00500-RBC___
                                    Search Warrant Case Number  _2004-M-00505-RBC___
                                    R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  _PEDRO ALBERTO MIRANDA_____     Juvenile  ☐ Yes  ☒ No

Alias Name  _TAVO, Carlos Colon_____

Address  _212 WILDER ST., LOWELL, MA_____

Birth date (Year only): _1969_  SSN (last 4 #): ____  Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**  **John Palmer, Esq.**_____     Address:  **24 School Street**_____
**Bar Number:** _____     **Boston, MA 02108**_____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_____     Bar Number if applicable  _568116_____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  **SPANISH**_____

Matter to be SEALED:  ☐ Yes  ☒ No

   ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:  _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004____  in  _Plymouth House of Correction____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on  _____

**Charging Document:**  ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **APRIL 13, 2005**     Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     PEDRO ALBERTO MIRANDA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** I _____ **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster      **Related Case Information:**

**County** MIDDLESEX/WORCESTER      Superseding Ind./ Inf.    X _____       Case No.    04-10336NMG
                                    Same Defendant _____ New Defendant _____
                                    Magistrate Judge Case Number    2004-M-00500-RBC _____
                                    Search Warrant Case Number    2004-M-00501-RBC _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   REYNALDO RIVERA _____       Juvenile   ☐ Yes   ☒ No

Alias Name   REY _____

Address   235 18TH ST., APT 204 DRACUT, MA _____

Birth date (Year only): 1978   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   Carl Donaldson, Esq.          **Address:** 11 Beacon Street, Suite 600
                                                                      Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____   **Bar Number if applicable** 568116

**Interpreter:**   ☒ Yes ☐ No          **List language and/or dialect:**      SPANISH

**Matter to be SEALED:**   ☐ Yes ☒ No

         ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**      October 15, 2004

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by Judge Collings   on   November 12, 2004

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   6

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:   APRIL 13, 2005** _____   **Signature of AUSA:** _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):**  _____

**Name of Defendant**    REYNALDO RIVERA

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. __X_____    Case No. __04-10336-NMG__
                                      Same Defendant _____    New Defendant _____
                                      Magistrate Judge Case Number __2004-M-00500-RBC_____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ENRIQUE AGOSTO_____    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _1 SHATTUCK ST APT 303, LOWELL, MA_____

Birth date (Year only): _1964_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _Cathy Byrne, Esq._____    Address: _408 Atlantic Avenue, 3rd Floor_
                                                                      _Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in _Plymouth House Of Correction_ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** **APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant** _____ENRIQUE AGOSTO_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 _____21 U.S.C. § 846_____ | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. ___X_____   Case No. ___04-10336NMG___
                                                    Same Defendant _____   New Defendant _____
                                                    Magistrate Judge Case Number   ___2004-M-00500-RBC___
                                                    Search Warrant Case Number   _____
                                                    R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name _JOSE TORRADO_____   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): _1980_  SSN (last 4 #): _____  Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:** _Lenore M. Glaser, Esq._____   **Address:** _25 Kingston Street_
                                                                                   _Boston, MA 02111_
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   Bar Number if applicable _568116_____

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**       ☒ **Regular Process**       ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☐ **Already in Federal Custody as** _____  **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by _Judge Collings_   on   _November 12, 2004_

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** APRIL 13, 2005   Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **JOSE TORRADO** _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _1_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf.   _X_____    Case No.   _04-10336-NMG_____
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number   _2004-M-00500-RBC_____
                                     Search Warrant Case Number   _2004-M-00503-RBC_____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name _CARLOS SANCHEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  _CARLITOS_____

Address  _270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA_____

Birth date (Year only): _1982_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**    _Tony Scola, Esq._____    **Address:** _47 Harvard Street_____
                                                                    _Worcester, MA 02609_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:**    ☐ Yes ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

     ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_____ **on** _November 3, 2004_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **APRIL 13, 2005**        Signature of AUSA: _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  **(To be filled in by deputy clerk):** _____

**Name of Defendant**    CARLOS SANCHEZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  Category No. _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/.Fitchburg/Leominster___  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. ___X_____      Case No. ___04-10336-NMG__
                                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number ___2004-M-00500-RBC_____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _LUIS R. SANCHEZ_____   Juvenile  ☐ Yes  ☒ No

Alias Name _PITO_____

Address _427 ROSEWOOD LANE, LOWELL, MA_____

Birth date (Year only): _1974_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** ___Sean T. Delaney, Esq._____  **Address:** _228 Central Street_____
                                                                      _Lowell, MA 01852_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  **Bar Number if applicable** _568116_____

**Interpreter:**    ☒ Yes  ☐ No       **List language and/or dialect:**       _SPANISH_____

**Matter to be SEALED:**    ☐ Yes  ☒ No

      ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_____ **on** _October 21, 2004_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS R. SANCHEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____    Category No. _I_____    **Investigating Agency** __DEA_____

**City** __Lowell/Fitchburg/Leominster____    **Related Case Information:**

**County** __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf.  __X_____    Case No.  __04-10336-NMG__
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    __2004-M-00500-RBC_____
Search Warrant Case Number    __2004-M-00504-RBC_____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  __EDWIN TORREZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address  __219 BLACK BROOK RD., LOWELL, MA__

Birth date (Year only):  __1965__  SSN (last 4 #): _____  Sex _M_ Race: _____  Nationality: _____

**Defense Counsel if known:**    __Victoria Bonilla-Argudo, Esq.___    Address: __77 Central Street, 2nd Floor__
**Bar Number:**  _____                                      __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA  __DENISE JEFFERSON CASPER_____    Bar Number if applicable  __568116__

**Interpreter:**    ☒ Yes  ☐ No    List language and/or dialect:    __SPANISH__

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**    __October 15, 2004_____

☐ Already in Federal Custody as  _____  in  _____
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by  __Judge Collings_____  on  __October 21, 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_____

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>EDWIN TORREZ</u>_____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 USC § 846</u> | <u>Conspiracy to distribute heroin</u> | <u>1</u> |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10  _____ | _____ | _____ |
| Set 11  _____ | _____ | _____ |
| Set 12  _____ | _____ | _____ |
| Set 13  _____ | _____ | _____ |
| Set 14  _____ | _____ | _____ |
| Set 15  _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster____    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf.  _X_____    Case No.    _04-10336-NMG___
    Same Defendant _____    New Defendant _____
    Magistrate Judge Case Number    _2004-M-00500-RBC_____
    Search Warrant Case Number    _____
    R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _JOSE RODRIGUEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address  _261 AIKEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): _1962_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**    _Valerie S. Carter, Esq._____    **Address:** _530 Atlantic Avenue_____
                                                       **Boston, MA 02108**_____
**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

**Interpreter:**    ☒ Yes  ☐ No    List language and/or dialect:    _SPANISH_____

**Matter to be SEALED:**    ☐ Yes  ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**    _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004_____  in  _Plymouth House of Correction_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** **APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** **JOSE RODRIGUEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

℧JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _I_____   **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _X_____    Case No. ___04-10336-NMG_____
                                   Same Defendant _____    New Defendant _____
                                   Magistrate Judge Case Number   _2004-M-00500-RBC_____
                                   Search Warrant Case Number   _____
                                   R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  _ZULEIMA REYES_____   Juvenile   ☐ Yes   ☒ No

Alias Name   _LINDA_____

Address   _10 CONLON TERRACE, LOWELL, MA_____

Birth date (Year only): _1979_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   _John D. Hodges, Esq._____   **Address:** _1360 Main Street_____
                                                              _Tewksbury, MA 01876_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  _DENISE JEFFERSON CASPER_____   **Bar Number if applicable** _568116_____

**Interpreter:**   ☐ Yes  ☒ No       **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

☐ **Warrant Requested**      ☒ **Regular Process**         ☐ **In Custody**

**Location Status:**

**Arrest Date:**   _October 15, 2004_____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   **Ordered by** _Judge Collings_____   **on**   _November 15, 2004_____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _5_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  **APRIL 13, 2005**        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ZULEIMA REYES _____

**U.S.C. Citations**

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf. __X_____  Case No. _04-10336-NMG_
            Same Defendant _____  New Defendant _____
            Magistrate Judge Case Number  _2004-M-00500-RBC_____
            Search Warrant Case Number  _____
            R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  _SANTIAGO ARROYO_____  Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

Birth date (Year only): _1983_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**  _____  Address: _____

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  _DENISE JEFFERSON CASPER_____  Bar Number if applicable  _568116_____

**Interpreter:**  ☒ Yes ☐ No  List language and/or dialect:  _SPANISH_____

**Matter to be SEALED:**  ☐ Yes ☒ No

  ☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:**  _____

☐ Already in Federal Custody as  _____ in  _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _2___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  **APRIL 13, 2005**  Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SANTIAGO ARROYO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _X_____    Case No. _04-10336-NMG_
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _2004-M-00509-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _Eastern District of New York_____

**Defendant Information:**

Defendant Name _JUAN NUNEZ_____    Juvenile ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** _Roger Witkins, Esq._____    Address: _6 Beacon Street, Suite 1010_____
_Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    Bar Number if applicable _568116_____

**Interpreter:** ☒ Yes ☐ No    List language and/or dialect: _SPANISH_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in _Plymouth House of Correction_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _APRIL 13, 2005_    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    JUAN NUNEZ _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**