AO 93 (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

164 MECHANIC STREET, 2ND FLOOR, RIGHT SIDE (AS VIEWED FROM MECHANIC STREET) LEOMINISTER, MASSACHUSETTS

**SEARCH WARRANT**

CASE NUMBER: 2004M 0502 RBC

TO: Special Agent Calice Couchman, Drug Enforcement Admin. and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Calice Couchman,__ who has reason to
                                                        Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

AS MORE FULLY DESCRIBED IN EXHIBIT A-2 ATTACHED HERETO AND INCORPORATED BY REFERENCE

in the _____ District of __MASSACHUSETTS__ there is now concealed a certain person or property, namely (describe the person or property)

DESCRIPTION OF THE PROPERTY TO BE SEIZED IS ATTACHED HERETO AS EXHIBIT B-2 AND IS INCORPORATED BY REFERENCE

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __10-25-2004__
                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __UNITED STATES MAGISTRATE JUDGE ROBERT B. COLLINGS__ as required by law.

U.S. Judge or Magistrate Judge

OCT 1 4 2004  at 11:43 pm                    at  ~~BOSTON~~, MA  North Reading
Date and Time Issued                             City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

737

93 (Rev. 8/98) Search Warrant (Reverse)

| RETURN | | | CASE NUMBER: |
|---|---|---|---|
| E WARRANT RECEIVED 10-14-04 | DATE AND TIME WARRANT EXECUTED 10-15-04 / 6:05am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH no one home - left on table | |

ENTRY MADE IN THE PRESENCE OF
S/A Dennis Barton - Occupant not home

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached DEA 12 -
Receipt for s/w items seized

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

742 A

U.S. Judge or Magistrate Judge

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Julio Santiago

FILE NO. [redacted]

G-DEP IDENTIFIER [redacted]

FILE TITLE [redacted]

DATE: Oct. 15, 2004

DIVISION/DISTRICT OFFICE

NEFD - CBI

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | steel press in hall | |
| 1 | T-mobile cell phone - #347-248-7669 from Living Room | |
| | vehicle reg for van - in Kitchen | |
| | Cablevision statement - in Livingroom | |
| | Postal money order receipts - Living room table & letters | |
| | 7 fingers heroin - attic | |
| | gun silencers - attic | |
| 2 | digital scales - attic | |
| | 9mm luger - w/mag. - serial #033232 - attic | |
| | digital scale money counter - bedroom | |
| | Santiago mpl & passport - bedroom | |
| | financial docs - bedroom | |
| | financial docs & phone #'s - bedroom | |
| 1 | orange steel press - living room hall | |
| | grinder - 2 steel finger press molds - Kitchen | |

RECEIVED BY (Signature): S/A Calice Couchman

NAME AND TITLE (Print or Type): Calice Couchman

WITNESSED BY (Signature):

NAME AND TITLE (Print or Type):

742 B

RM DEA-12 (9-00) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version

ATTACHMENT A-2

The premises to be searched at 264 Mechanic Street, Leominster, Massachusetts are described as follows:

264 Mechanic Street is a blue-colored, wood-frame building which houses the Crystal dry cleaning establishment on the first floor in the front of the building, as well as apartments on the rear of the first floor and on all of the second floor. Julio Carrion Santiago's residence is located on the right side of the second floor as viewed from Mechanic Street. The entrance to the second-floor, right-side apartment is accessed at the rear of the building via a set of wooden stairs leading up to a small wooden porch. On the porch there are two doors. Access to Julio Carrion Santiago's apartment is gained through the door on the left as viewed from the rear of the building. A white storm door covers a solid brown panel door.







740

ATTACHMENT B-2

The items to be seized at 264 Mechanic Street, second-floor, right-side apartment (as viewed from Mechanic Street), Leominster, Massachusetts are described as follows:

1. Heroin.

2. Paraphernalia for the packaging, processing and distribution of controlled substances such as heroin, including, but not limited to, packaging materials and scales.

3. Electronic pagers and cellular telephones used to communicate with drug associates.

4. Books, records, notes, ledgers, and any other papers or records relating to the purchase, transportation, shipment, ordering, sale, importation, manufacture, and/or distribution of controlled substances and/or records relating to the receipt, disposition, and/or laundering of proceeds from the distribution of controlled substances, such as heroin, and/or records or electronic devices reflecting the identity of co-conspirators and drug customers, as well as their addresses, telephone, and pager numbers. Such documents include, but are not limited to, telephone address books, planners, receipts, state and federal income tax returns and supporting paperwork, notes, ledgers, bank records, money orders, wire transfers, cashier's checks, passbooks, certificates of deposit, bills, vehicle rental receipts, credit card receipts, hotel receipts, meal receipts, travel agency vouchers, travel schedules, shipment records, telephone bills and/or toll records and bills, ~~computer-generated documents and computers~~.

5. Cash and currency, and other items of value made or derived from trafficking in illegal substances or documents related thereto. Such items include, but are not limited to jewelry, precious metals, titles, deeds, monetary notes, registrations, purchase or sale invoices, bank records, or any other papers concerning financial transactions

OCT 1 4 2004

741

ATTACHMENT B-2 - CONTINUED
(264 Mechanic Street, Leominster, Massachusetts)

relating to obtaining, transferring, laundering, concealing, or expending money or other items of value made or derived from trafficking in illegal substances.

6. Documents reflecting occupancy, dominion and/or control of 264 Mechanic Street, second-floor, right-side apartment (as viewed from Mechanic Street), Leominster, Massachusetts, including, but not limited to, canceled mail, photographs, personal telephone books, diaries, bills and statements, videotapes, keys, identification cards and documents, airline tickets and related travel documents, bank books, checks, and check registers.

7. Documents or tangible evidence reflecting dominion, ownership, and/or control by Julio Carrion Santiago, over any bank accounts, safe deposit boxes, stocks, bonds, mutual funds, and any other financial and/or monetary assets, instruments or interests, and over any tangible assets such as motor vehicles, real property, and commercial storage facilities.

8. Photographs of individuals, property, and/or illegal controlled substances.



742