93 (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

In the Matter of the Search of
Name, address or brief description of person or property to be searched

2 WILDER STREET, 2ND FLOOR, LOWELL, ASSACHUSETTS

**SEARCH WARRANT**

CASE NUMBER:

_2004M 0505 RBC_

Special Agent Calice Couchman, Drug Enforcement Admin. and any Authorized Officer of the United States

lavit(s) having been made before me by _____Special Agent Calice Couchman,_____ who has reason to
                                                        Affiant

ve that  ☐ on the person of or  ☒ on the premises known as (name, description and/or location)
MORE FULLY DESCRIBED IN EXHIBIT A-6 ATTACHED HERETO AND INCORPORATED BY REFERENCE

e _____ District of _____MASSACHUSETTS_____, there is now
ealed a certain person or property, namely (describe the person or property)
SCRIPTION OF THE PROPERTY TO BE SEIZED IS ATTACHED HERETO AS EXHIBIT B-6 AND IS INCORPORATED BY
ERENCE

satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property
scribed is now concealed on the person or premises above-described and establish grounds for the issuance of this
nt.

ARE HEREBY COMMANDED to search on or before _____10-24-2004_____
                                                                Date

exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
ig the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause
een established) and if the person or property be found there to seize same, leaving a copy of this warrant and
t for the person or property taken, and prepare a written inventory of the person or property seized and promptly
this warrant to         UNITED STATES MAGISTRATE JUDGE ROBERT B. COLLINGS
uired by law.                U.S. Judge or Magistrate Judge

CT 1 4 2004  _at 11:38 pm_  at  ~~BOSTON~~, MA Reading
id Time Issued                     City and State

RT B. COLLINGS
D STATES MAGISTRATE JUDGE
ind Title of Judicial Officer                    Signature of Judicial Officer

as electronically produced by Elite Federal Forms, Inc.

759

O 93 (Rev. 8/98) Search Warrant (Reverse)

| RETURN | | | CASE NUMBER: |
|---|---|---|---|
| ATE WARRANT RECEIVED 10/14/04 | DATE AND TIME WARRANT EXECUTED 10/15/04 6:05 AM | | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Paula LLANO-Orrego |

INVENTORY MADE IN THE PRESENCE OF

Sgt. William Canty

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached DEA 12 by Gregg Willoughby

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

764 A

U.S. Judge or Magistrate Judge

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

(Name, Title, Address (including ZIP CODE), if applicable)

Carlos Colon
aka Pedro MIRANDA

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 10/15/04

/ISION/DISTRICT OFFICE

NEFD

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 4 | Cell Phones | Evidence |
| 1 | Cell Phone Charger | |
| 1 | IBM Tablet P.C. | |
| 1 | Bottle Inositol Powder | |
| | Dust Masks, Rubber Gloves, Goggles | |
| Misc. | Papers, Bills with various names + addresses | |

ECEIVED BY (Signature)

RESSED BY (Signature)

NAME AND TITLE (Print or Type)
S/A Willoughby
NAME AND TITLE (Print or Type)

764 B

Electronic Form Version Designed in JetForm 5.2 Version

ATTACHMENT A-6

The premises to be searched at 212 Wilder Street, 2nd floor, Lowell, Massachusetts are described as follows:

212 wilder Street, 2nd floor, Lowell, Massachusetts, is located in a two story wood framed, two family residence, with white clapboard siding. It is located behind 210 Wilder Street down a short alley/driveway. The numerals 212 are affixed to the post supporting the porch to the front 2nd floor entrance. The front door to 212 Wilder Street, 2nd floor is white in color with a white storm door and faces the alley/driveway. It is accessed from a porch which is reached by climbing a set of wooden stairs attached to the outside of the residence. (A photograph of 212 Wilder Street, 2nd floor, Lowell, Massachusetts is attached to Attachment A-6).







763

ATTACHMENT B-6

The items to be seized at 212 Wilder Street, 2nd floor, Lowell, Massachusetts are described as follows:

1. Heroin.

2. Paraphernalia for the packaging, processing and distribution of controlled substances such as heroin, including, but not limited to, packaging materials and scales.

3. Electronic pagers and cellular telephones used to communicate with drug associates.

4. ~~Books, records, notes, ledgers, and any other papers or records relating to the purchase, transportation, shipment, ordering, sale, importation, manufacture, and/or distribution of controlled substances and/or records relating to the receipt, disposition, and/or laundering of proceeds from the distribution of controlled substances, such as heroin, and/or records or electronic devices reflecting the identity of co-conspirators and drug customers, as well as their addresses, telephone, and pager numbers. Such documents include, but are not limited to, telephone address books, planners, receipts, state and federal income tax returns and supporting paperwork, notes, ledgers, bank records, money orders, wire transfers, cashier's checks, passbooks, certificates of deposit, bills, vehicle rental receipts, credit card receipts, hotel receipts, meal receipts, travel agency vouchers, travel schedules, shipment records, telephone bills and/or toll records and bills, computer-generated documents and computers.~~

    /RBC/  OCT 1 4 2004

5. Cash and currency, and other items of value made or derived from trafficking in illegal substances ~~or documents related thereto.~~ Such items include, but are not limited to jewelry, ~~precious~~ metals, titles, deeds, monetary notes, registrations, purchase or sale invoices, bank records, or ~~any other~~ papers concerning financial transactions

    /RBC/  OCT 1 4 2004

762

ATTACHMENT B-6 - CONTINUED
(212 Wilder Street, 2nd floor, Lowell, Massachusetts)

~~relating to obtaining, transferring, laundering, concealing, or expending money or other items of value made or derived from trafficking in illegal substances.~~  *RBL  OCT 14 2004*

6. ~~Documents reflecting occupancy, dominion and/or control of 212 Wilder Street, 2nd floor, Lowell, Massachusetts, including, but not limited to, canceled mail, photographs, personal telephone books, diaries, bills and statements, videotapes, keys, identification cards and documents, airline tickets and related travel documents, bank books, checks, and check registers.~~  *RBL  OCT 14 2004*

7. ~~Documents or tangible evidence reflecting dominion, ownership, and/or control by Pedro Alberto Miranda over any bank accounts, safe deposit boxes, stocks, bonds, mutual funds, and any other financial and/or monetary assets, instruments or interests, and over any tangible assets such as motor vehicles, real property, and commercial storage facilities.~~  *RBL  OCT 14 2004*

8. ~~Photographs of individuals, property, and/or illegal controlled substances.~~  *RBL  OCT 14 2004*



761