UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,          )   CR. No. 04-10336-NMG
                                   )
                 Plaintiff         )
                                   )
       v.                          )
                                   )
                                   )
EDWIN TORRES                       )
                 Defendant.        )
_____)
```

**APPLICATION TO FILE REPLY MEMORANDUM TO GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS EVIDENCE AT STORAGE UNIT J1, LOWELL, MA**

COMES NOW DEFENDANT EDWIN TORRES by and through his attorney of record, who hereby makes application to this Honorable Court, pursuant to L.R. 7.1(B)(3), for leave to file a Reply Memorandum to the Government's Opposition to Mr. TORRES' Motion to Suppress.

This application is made on the ground that good cause exists therefore in that the Government in its Opposition has asserted that Defendant has not made the requisite showing of "standing." Government Opposition at 33-34. As set forth in the attached memorandum, Mr. TORRES's authority to challenge the search is clear in that he is the leaseholder of the storage unit in question, which lease is in the Government's possession. Further the keys to the unit were either seized from him of provided by his daughter according to the Government's discovery that has been provided.

WHEREFORE, Defendant, EDWIN TORRES, respectfully moves this Honorable Court to allow the filing of the attached Reply Memorandum.

Date: June 9, 2005                    Respectfully submitted,

                                      BOURBEAU & BONILLA

                                        S/ *Victoria M. Bonilla*

                                      VICTORIA M. BONILLA
                                      77 Central Street, 2nd Floor
                                      Boston, MA 02109
                                      (617) 350-6868
                                      Attorney for Defendant
                                      EDWIN TORRES