UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 04-10336-NMG |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| EDWIN TORRES | ) | |
| Defendant. | ) | |

**DEFENDANT TORRES REPLY TO GOVERNMENTS OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE SEIZED AT 3 FOUNDRY ST, STORAGE UNIT J1, LOWELL, MA**

COMES NOW DEFENDANT EDWIN TORRES by and through his attorney of record, and responds as follows to the government's contention that Mr. Torres failed to assert standing or reasonable expectation of privacy in storage unit J-1, Government Opposition at 33-34:

1. As set forth in the defendant's original motion, the government's discovery indicates that agent were either given keys to the storage facility, which is the subject of the warrant and unit J1, by Mr. Torres' daughter or said keys were seized directly from Mr. Torres by the agents.

2. Additional discovery in possession of the government further indicates that the government issued an

    Administrative Subpoena to the manager of the Mini Self Storage.  <u>See</u> attached DEA 6, Bate # 1451-1452.

3. That discovery indicates that as a result of the subpoena, the government obtained copies of lease agreements between Coqui Team Softball and the Mini Self Storage facility.

4. That discovery also indicates that there were two lease agreements for two separate units; one for the premises known as building #4b (described in the warrant application) and one for storage bin J1.

5. The lease for building #4b was entered into on February 1, 2003 and it was signed by Coqui Team Softball, Santos Alvarez and **Edwin Torres**.  On February 2, 2004, the same lease was extended for another year by **Edwin Torres** on behalf of the Coqui Softball Team.

6. The lease for storage bin J1 was signed on May 1, 2003 by Coqui Team Softball and Santos Alvarez.  Discovery produced also indicates that agents learned that **Edwin Torres** was the one making payments of $550.00 per month for both units.

WHEREFORE, in view of the Government's full knowledge of Mr. Torres's possession of the keys, and the fact that he was both a signatory and payee of the lease of the unit in question, any argument that he lacks standing is baseless.

Date: 6/9/05

                                        BOURBEAU & BONILLA

                                      S/ *Victoria M. Bonilla*

                                        VICTORIA M. BONILLA
                                        77 Central Street, 2nd Floor
                                        Boston, MA 02109
                                        (617) 350-6868
                                        Attorney for Defendant
                                        EDWIN TORRES