U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFA Brian Proulx<br>At: CBI/TF4<br>Lowell, MA. | ☐<br>☐<br>☐<br>☐<br>☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>10/19/04 | |
| 9. Other Officers: TFA Marcos Chavez | | | | |
| 10. Report Re: Subpoena service to Mini Self Storage, located at 3 Foundry Street Lowell, MA on 10-19-2004 and the Acquisition of Exhibit N-68. | | | | |

## DETAILS

1. Reference is made to all Reports of Investigation (ROI's) previously written to the above listed Case File Number/Title.

2. On October 19, 2004, at approximately 11:15 am, TFA Brian Proulx and TFA Marcos Chavez issued an Administration Subpoena to the manager of the Mini Self Storage, Helen Collman, located at 3 Foundry Street Lowell, Massachusetts, in regards to lease information pertaining to Edwin TORRES' Coqui's Softball Team named COQUI.

3. Manager, Helen Collman, provided copies of the lease agreements, Exhibit 68, between the Mini Storage Center and Coqui Softball team. The initial lease is dated February 1st 2003, between the Mini Storage Center and Coqui Team Softball covering the premises known as building #4b. The lease had been signed by the manager, Helen Collman, Santos Alvarez (SS# 019620490), Edwin A. Torres (SS# 584878893) and expired a year from date. On February 2, 2004, the lease agreement was extended for another year by the manager Helen Collman and Edwin TORRES, on behalf of Coqui Softball Team.

4. A second lease agreement for storage bin J1 was signed on May 1st 2003, by Coqui Team Softball, Santos Alvarez and the manager Helen Collman. This lease agreement will not expire unless the monthly payment is not made. The manager Helen Collman advised TFA Proulx

| 11. Distribution:<br>Division NEPD<br>District<br>Other | 12. Signature (Agent)<br>TFA Brian Proulx | 13. Date<br>10-19-2004 |
|---|---|---|
| | 14. Approved (Name and Title)<br>James M. Connolly<br>G/S | 15. Date<br>10-26-04 |

DEA Form - 6
(Jul. 1996)
BP
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000001451

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | | |
| | 3. File Title | |

| 4. Page 2 of 2 | | |
|---|---|---|
| 5. Program Code | | 6. Date Prepared 10/19/04 |

and TFA Chavez that the lease amount for both units is $550.00, ($500.00 for unit 4b and $50.00 for unit J1). Helen Collman also indicated that Santos Alvarez had not paid for the storage unit or been seen around for a while. Helen Collman further stated that Edwin TORRES or another unknown male subject had been paying the $550.00 dollars in cash for both units.

CUSTODY OF EVIDENCE

Exhibit N-68, described above, was obtained from the Mini Self Storage Center after an Administration Subpoena was issued to the manager on October 19, 2004. Exhibit N-68 was processed into evidence and subsequently transferred to TFA Terry Hanson pending submission to the NEFD Non-Drug Evidence Custodian for safekeeping.

INDEXING

1. 
2.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

1 - Prosecutor

0000001452