UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 04-10336-NMG |
| Plaintiff | ) | |
| v. | ) | |
| EDWIN TORRES | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF EDWIN TORRES IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE FOUND IN STORAGE UNIT J1**

1. I was arrested during the early morning hours of October 15, 2004 at 219 Blackbrook Drive, Lowell, Ma.

2. At the time of my arrest officers removed a key chain containing several keys from the premises where I was arrested.

3. One of the keys opened the outside door of a building containing separate storage areas. This building is labeled JADE. Another key opened the lock on the door of storage unit J1 located within the JADE building. Another key opened a large garage like storage area known as 4B. 4B is located in a separate building from JADE.

4. I had personal items stored in unit J1.

5. I was making payments on storage unit J1 and unit 4B.

Signed under pains and penalties of perjury

Edwin Torres

10/21/05