CIVIL/CRIMINAL CASE NO: __04-CR-10336-001__

TITLE: __United States of America__   VS.   __Edwin Torrez__

## W I T N E S S E S

| PLAINTIFF/GOVT. | DEFENDANT |
|---|---|
| 01. Kevin Swift | 01. Yesenia Torrez (s) |
| 02. Brian Proulx | 02. |
| 03. | 03. |
| 04. | 04. |
| 05. | 05. |
| 06. | 06. |
| 07. | 07. |
| 08. | 08. |
| 09. | 09. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |

(Jury&Witness List.wpd - 12/98)