<u>United States v. Julio Santiago, et al.</u>
Criminal No. 04-10336-NMG

**EXHIBIT LIST**

| Exhibit Number | | Description | Date Entered | Witness |
|---|---|---|---|---|
| 1 | ✓ | Search Warrant *10/14/05* | 10/21/05 | TFA Brian Proulx |
| 2 | ✓ | Affidavit submitted in support of Search Warrant | 10/21/05 | TFA Brian Proulx |
| 3 | ✓ | Photo of Mini Self Storage (Building 4B) *blow up* | 10/21/05 | TFA Brian Proulx |
| 4 | ✓ | Photo of Storage Units 4B and J1 *blow up* | 10/21/05 | TFA Brian Proulx |
| 5 | ✓ | Photo of Jade Door *blow up* | 10/21/05 | TFA Brian Proulx |
| 6 | ✓ | Lease Agreement for J1 found inside J1 | 10/21/05 | TFA Brian Proulx |
| 7 | ✓ | Lease Agreement for J1 | 10/21/05 | TFA Brian Proulx |
| 8 | ✓ | Photo of contents of J1 locker | 10/21/05 | TFA Brian Proulx |
| 9 | ✓ | Lease Agreement for 4B | 10/21/05 | TFA Brian Proulx |