UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 04-10336-NMG |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| EDWIN TORRES ) | |
| Defendant. ) | |
| _____) | |

**MOTION FOR EXCLUDABLE TIME**

COMES NOW DEFENDANT EDWIN TORRES by and through his attorney of record, who hereby makes application to this Honorable Court, pursuant to 18 USC 3161(h)(8)(A) to extend the time from November 1, 2005 to March 27th, 2006 so that the defendant may properly prepare the matter for trial.

Defendant request that the Court exclude this time in the interest of justice.

Date: November 8, 2005           Respectfully submitted,

                                 BOURBEAU & BONILLA

                                 S/ *Victoria M. Bonilla*

                                 VICTORIA M. BONILLA
                                 77 Central Street, 2nd Floor
                                 Boston, MA 02109
                                 (617) 350-6868
                                 Attorney for Defendant
                                 EDWIN TORRES