UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,      ) CR. No. 04-10336-NMG
                               )
              Plaintiff        )
                               )
      v.                       )
                               )
                               )
EDWIN TORRES                   )
              Defendant.       )
_____)
```

**MOTION FOR EXCLUDABLE TIME**

COMES NOW DEFENDANT EDWIN TORRES by and through his attorney of record, who hereby makes application to this Honorable Court, pursuant to 18 USC 3161(h)(8)(A) to extend the time from March 23, 2006 to July 17th, 2006.

Defendant request that the Court exclude this time in the interest of justice.

Date: March 24, 2006            Respectfully submitted,

                                BOURBEAU & BONILLA

                                  S/ *Victoria M. Bonilla*

                                VICTORIA M. BONILLA
                                77 Central Street, 2nd Floor
                                Boston, MA 02109
                                (617) 350-6868
                                Attorney for Defendant
                                EDWIN TORRES