UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 04-10336-NMG |
| | ) | |
| JULIO SANTIAGO, et al. | ) | |

**NOTICE OF APPEARANCE**

_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      By:  _/s/: Sharron Kearney_

                                      SHARRON KEARNEY
                                      Assistant U.S. Attorney
                                      United States Attorney's Office
                                      One Courthouse Way, Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3687

Dated: May 4, 2006

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 4, 2006.

                                                 <u>*/s/: Sharron Kearney*</u>
                                                 SHARRON KEARNEY
                                                 Assistant U.S. Attorney

Dated: May 4, 2006