UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA   )
          Plaintiff        )
                           )  Cr.# 04-10336-NMG
     v.                    )
                           )
EDWIN TORREZ               )
          Defendant        )
_____    )
```

**DEFENDANT EDWIN TORREZ'S ASSENTED TO MOTION TO SCHEDULE A RULE 11 HEARING**

The defendant with the assent of the government requests that the Court schedule the matter for a Rule 11 hearing on a date convenient to the Court.

DATE: September 7, 2006                    Respectfully submitted,


                                           /s/   *Victoria M. Bonilla*

                                           Victoria M. Bonilla-Argudo
                                           BBO# 558750
                                           77 Central St., 2nd Fl.
                                           Boston, MA 02109
                                           617-350-6868


**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.    */S/ Victoria M. Bonilla*

1